# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Christopher Manning<br><br>Date of Original Judgment: June 03, 2004<br>Date of Previous Amended Judgment: October 07, 2010<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No:  4:03CR40006-001<br>)<br>) USM No:  06442-010<br>)<br>) Randal Lee<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    121    months **is reduced to**    100    .

*(Complete Parts I and II of Page 2 when motion is granted)*

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 25 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Except as otherwise provided, all provisions of the judgment dated    June 03, 2004    shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  1/25/12

Effective Date: _____
*(if different from order date)*

Judge's signature

HARRY F. BARNES
*Printed name and title*